■ In the Matter of AMELIO P. MARINO, Petitioner.— Motion by petitioner for reconsideration of his application for admission to the Bar. Motion granted; and, upon reconsideration, application granted. Petitioner may be presented for formal admission to the Bar and for the taking of his oath with the next class of candidates on March 13, 1968. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.